## Oakland Borough, Appellant, v. Boyden.

*Appeals—Defective paper-book—Assignments of error—Failure to print record—Statement of question involved.*

An appeal will be quashed where the appellant fails in his paper-book to print the record in full, to set forth a statement of the question involved, and to assign errors in accordance with the rules of court.

Argued Jan. 19, 1903. Appeal, No. 72, Jan. T., 1903, by plaintiff, from order of C. P. Susquehanna Co., Jan. T., 1902, No. 141, striking off municipal lien in case of Oakland Borough v. Annie Boyden et al. Before BEAVER, SMITH, W. W. PORTER, W. D. PORTER and MORRISON, JJ. Appeal quashed.

Motion to quash appeal.

*John Ferguson*, for appellant.

*John D. Miller*, for appellee.

PER CURIAM, February 11, 1903 :

Upon the argument of this case, we were asked to quash the appeal for the reason that the appellant's paper-book was fatally defective. The statement of the question involved is wholly

wanting.  The paper-book is not complete in that the record is not printed in full.   It is further apparent, from an inspection of the assignments of error, that they are not specifically assigned in accordance with our rules, the general conclusions of the court only being set forth and not the language in which the said conclusions are stated.

. Anyone of these objections would be fatal but combined they are of such a grave character that they cannot be remedied by amendment.   The motion of the appellee is, therefore, allowed. Appeal quashed.